United States District Court
Southern District of Texas
FILED

AUG 13 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-19-1491** |
| JUAN ANGEL SALINAS ▮▮▮▮▮▮▮▮▮▮ | § § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about May 16, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JUAN ANGEL SALINAS**
**and**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

aided and abetted by each other and with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly concealed more than $10,000.00 in United States currency, specifically, $82,000.00 in United States dollars, on their person, in any conveyance, article of luggage, merchandise, and other container, and transported and attempted to transport that currency from a place within the United States to a place outside of the United States, that is, the United Mexican States.

In violation of Title 31, United States Code, Sections 5332(a) and 5332(b)(1) and Title 18 United States Code, Section 2.

## NOTICE OF FORFEITURE

As a result of the foregoing violations of Title 31, United States Code, Section 5316 and/or 5332, and pursuant to Title 31, United States Code, Sections 5317(c)(1) and/or 5332(b)(2), defendants,

**JUAN ANGEL SALINAS**
**and**
████████████████████████

shall forfeit to the United States all of their interest in all property involved in those offenses including but not limited to $82,000.00 in United States currency which they were about to transport from a place within the United States to a place outside the United States, specifically, to the United Mexican States.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY

AO 442 (12/85) Warrant for Arrest

# United States District Court
## SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | CASE NUMBER: M-19-1491-1 |
| JUAN ANGEL SALINAS | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JUAN ANGEL SALINAS**
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Pretrial Release Violation

charging him with (brief description of offense)

Ct. 1:  Bulk cash smuggling into or out of the United States, in violation of Title 31 U.S.C.§5332(a) and 5332(b)(1) and Title 18 U.S.C.§2.

in violation of Title _____ United States Code, Section(s) _____

DAVID J BRADLEY — CLERK, U. S. DISTRICT COURT
Name of Issuing Office — Title of Issuing Officer

/s/ A. Marcia
Signature of Issuing Officer

August 13, 2019 - McAllen, Texas
Date and Location

Bail fixed at $ No Bond   by J. SCOTT HACKER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer



### RETURN
This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-4-19 | John Torres | /s/ John Torres |
| DATE OF ARREST 9-5-19 | Special Agent | |